In the Matter of NEW YORK STATE DIVISION OF HUMAN RIGHTS, Petitioner, v MILAN MAINTENANCE, INC., et al., Respondents. [54 NYS3d 854]—

Determination of petitioner New York State Division of Human Rights (DHR), dated February 28, 2011, granting the complaint for employment discrimination and awarding the complainant $10,000 for mental anguish and humiliation (transferred to this Court by order of Supreme Court, New York County [Joan A. Madden, J.], entered on or about September 26, 2013), unanimously confirmed, without costs.

DHR's findings are supported by substantial evidence (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176 [1978]). Respondents defaulted in this proceeding and thus failed to rebut a prima facie showing that they discriminated against complainant on account of his criminal conviction (*see Matter of State Div. of Human Rights v ARC XVI Inwood, Inc.*, 17 AD3d 239 [1st Dept 2005]).

The award of compensatory damages for mental anguish is proper (*see* Executive Law § 297 [4] [c] [iii]; *Matter of New York State Div. of Human Rights v Neighborhood Youth & Family Servs.*, 102 AD3d 491 [1st Dept 2013]; *Matter of City of New York v New York State Div. of Human Rights*, 250 AD2d 273, 278 [1st Dept 1998], *mod on other grounds* 93 NY2d 768 [1999]). Concur—Tom, J.P., Richter, Manzanet-Daniels, Mazzarelli and Gische, JJ.